# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| FAIR VIEW SERVICE STATION, INC., derivatively for the benefit of and on behalf of Nominal Defendant DORAL FINANCIAL CORPORATION,<br><br>                              Plaintiff,<br><br>          vs.<br><br>GLEN R. WAKEMAN, DENNIS G. BUCHERT, JAMES E. GILLERAN, DOUGLAS L. JACOBS, DAVID E. KING, and GERALD L. SMITH,<br><br>                    Defendants,<br><br>and<br><br>DORAL FINANCIAL CORPORATION, a Puerto Rico Corporation,<br><br>                    Nominal Defendant. | CIVIL ACTION NO.: 3:14-cv-01326-SEC<br><br><br>STIPULATION AND [PROPOSED] ORDER CONSOLIDATING CASES AND APPROVING LEADERSHIP STRUCTURE |
| ROBERT CORWIN, Derivatively on Behalf of Nominal Defendant, DORAL FINANCIAL CORPORATION,<br><br>                    Plaintiff,<br><br>          vs.<br><br>GLEN R. WAKEMAN, DENNIS G. BUCHERT, JAMES E. GILLERAN, DOUGLAS L. JACOBS, DAVID E. KING, and GERALD L. SMITH,<br><br>                    Defendants,<br><br>and<br><br>DORAL FINANCIAL CORPORATION, a Puerto Rico Corporation<br><br>                    Nominal Defendant | CIVIL ACTION NO.: 3:14-cv-01555-SEC |

WHEREAS, there are currently two shareholder derivative actions against certain directors and officers (the "Individual Defendants") of Doral Financial Corporation ("Doral") pending in this Court which arise out of the same transactions and occurrences and involve the same or substantially similar issues of law and fact;

WHEREAS, counsel for plaintiffs Fair View Service Station, Inc. and Robert Corwin (collectively, "Plaintiffs") have met and conferred and agree the two cases should be consolidated pursuant to Fed. R. Civ. P. 42(a);

WHEREAS, Plaintiffs agree that they should be designated as Co-Lead Plaintiffs and that their counsel, the law firms of Scott+Scott, Attorneys at Law, LLP ("Scott+Scott") and Hynes Keller & Hernandez, LLC ("HKH") should be appointed Co-Lead Counsel and Espada, Miñana & Pedrosa Law Offices, PSC should be appointed as Liaison Counsel;

WHEREAS, Plaintiffs agree that they will file a consolidated amended complaint within 30 days of an order appointing lead plaintiff in the related securities class action entitled *In re: Doral Financial Corp. Securities Litigation*, Case No. 3:14-cv-01393-GAG (D.P.R.) (the "Doral Class Action");

WHEREAS, the parties agree that within 15 days after the filing of Plaintiffs' consolidated amended complaint, the parties will meet and confer in good faith in an effort to agree on a proposed scheduling order setting forth proposed deadlines for Doral and the Individual Defendants to answer or otherwise respond to the consolidated amended complaint;

WHEREAS, counsel for Plaintiffs and counsel for Doral and the Individual Defendants have met and conferred and counsel for Doral and Individual Defendants: (1) agree that the cases should be consolidated pursuant to Fed. R. Civ. P. 42(a); (2) take no position as to the

appointment of Co-Lead Plaintiff or Co-Lead Counsel; and (3) agree with the filing of a consolidated amended complaint and to further confer on proposed briefing schedule;

WHEREAS, the agreed-upon schedule set forth below will not cause prejudice to any party and will promote judicial efficiency.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by Plaintiffs, Doral and the Individual Defendants, as follows:

## CONSOLIDATION OF ACTIONS

1.      The above-captioned actions are hereby related and consolidated pursuant to Fed. R. Civ. P 42(a) for all purposes, including pre-trial proceedings and trial.

2.      Any other actions now pending in, later filed in, or transferred to this Court which arise out of, or are related to, the same facts as alleged in the above-referenced cases shall be consolidated for all purposes, if and when they are brought to the Court's attention.

3.      Pursuant to L.R. 42, *Fair View Service Station, Inc. v. Wakeman, et al.*,14-cv-1326 shall be designated as the lead case. All documents or pleadings filed or tendered after the consolidation shall (1) include the caption of all consolidated cases, (2) be served on all parties within such cases, and (3) be filed only in the lead case.

## DESIGNATION OF CO-LEAD PLAINTIFFS

4.      Plaintiffs Fair View Service Station, Inc.; and Robert Corwin will be designated as Co-Lead Plaintiffs in the consolidated action.

## ORGANIZATION OF PLAINTIFFS' COUNSEL

5.      Scott+Scott and HKH will be appointed as Co-Lead Counsel and Espada, Miñana & Pedrosa Law Offices, PSC will be appointed as Liaison Counsel.

6.      Co-Lead Counsel and Liaison Counsel established by this Stipulation and Order shall bind all plaintiffs' counsel in the consolidated action, including counsel in any action subsequently governed by this Order.

7.      Plaintiffs' Co-Lead Counsel shall have the responsibility:

    a.   To coordinate the briefing and argument of any and all motions;

    b.   To coordinate the conduct of any and all discovery proceedings;

    c.   To coordinate the examination of any and all witnesses in depositions;

    d.   To coordinate the selection of counsel to act as spokesperson at all pretrial conferences;

    e.   To call meetings of the plaintiffs' counsel as they deem necessary and appropriate from time to time;

    f.   To coordinate all settlement negotiations with counsel for defendants;

    g.   To coordinate and direct the pretrial discovery proceedings and the preparation for trial and the trial of this matter and to delegate work responsibilities to selected counsel as may be required;

    h.   To coordinate the preparation and filing of all pleadings; and

    i.   To supervise all other matters concerning the prosecution or resolution of the consolidated action.

8.      Liaison Counsel shall have the responsibility of receiving and disseminating Court orders and notices.

**SCHEDULE**

9.      Plaintiffs shall file a Consolidated Complaint within 30 days of an order appointing lead plaintiff in the Doral Class Action.  Doral and Individual Defendants need not

4

respond to the complaints already filed or in any other case which is subsequently consolidated herein.

10.     Within 15 days after the filing of Plaintiffs' consolidated amended complaint, the parties will meet and confer in good faith in an effort to agree on a proposed scheduling order setting forth proposed deadlines for Doral and the Individual Defendants to answer or otherwise respond to the consolidated amended complaint.

IT IS SO STIPULATED.

DATED: July 23, 2014                    ESPADA, MIÑANA & PEDROSA LAW
                                        OFFICES PSC

                                        /s/ Luis E. Miñana_____
                                        Luis E. Miñana, Esq.
                                        USDC-PR No. 225608
                                        **Espada, Miñana & Pedrosa Law Offices, PSC**
                                        122 Calle Manuel Dómenech Altos
                                        Urb, Baldrich
                                        San Juan, PR  00918
                                        minanalaw@yahoo.com
                                        Tel.:  (787) 758-1999
                                        Fax:  (787) 773-0500
                                        Mob.(787) 402-2226

                                        ~and~

                                        Héctor Eduardo Pedrosa-Luna, Esq.
                                        USDC-PR No. 223202
                                        P.O. Box 9023963
                                        San Juan, PR  00902-7511
                                        Tel.:  (787) 920-7983
                                        Fax:  (787) 764-7511

                                        ~and~

                                        Eric Quetglas-Jordan
                                        QUETGLAS LAW OFFICES
                                        USDC-PR No. 202514
                                        PO Box 16606
                                        San Juan, PR 00908-6606

Tel:  (787) 722-0635/(787) 722-7745
Fax:  (787) 725-3970

~and~

David R. Scott
Joseph P. Guglielmo
Joseph A. Pettigrew
SCOTT+SCOTT, ATTORNEYS AT LAW, LLP
The Chrysler Building
405 Lexington Avenue, 40th Floor
New York, NY 10174
david.scott@scott-scott.com
jguglielmo@scott-scott.com
jpettigrew@scott-scott.com
Tel.:  (212) 223-6444
Fax:  (212) 223-6334

*Counsel for Plaintiff Fair View Service Station, Inc.*

DATED: July 23, 2014                    ESPADA, MIÑANA & PEDROSA LAW
                                        OFFICES PSC

                                        /s/ Luis E. Miñana
                                        Luis E. Miñana, Esq.
                                        USDC-PR No. 225608
                                        **Espada, Miñana & Pedrosa Law Offices, PSC**
                                        122 Calle Manuel Dómenech Altos
                                        Urb, Baldrich
                                        San Juan, PR  00918
                                        minanalaw@yahoo.com
                                        Tel.:  (787) 758-1999
                                        Fax:  (787) 773-0500
                                        Mob.(787) 402-2226

                                        ~and~

                                        Laurence D. Paskowitz, Esq.
                                        Roy L. Jacobs (Of Counsel)
                                        Paskowitz Law Firm P.C.
                                        208 East 51st Street
                                        New York, NY 10022
                                        Telephone: (212) 685-0969
                                        Facsimile: (212) 685-2306

~and~

Beth A. Keller, Esq.
Hynes Keller & Hernandez, LLC
100 South Bedford Road, Suite 340
Mount Kisco, NY 10549
Telephone: (914) 752-3040
Facsimile: (914) 752-3041

*Counsel for Plaintiff Robert Corwin*

DATED: July 23, 2014

s/ José Luis Ramírez-Coll
José Luis Ramírez-Coll
USDC-PR No. 221702
**FIDDLER, GONZALEZ & RODRÍGUEZ, PSC**
P. O. Box 363507
San Juan, PR 00936-3507
Tel. (787) 759-3229
Fax: (787) 250-7545

~and~

s/ Kevin C. Logue
Kevin C. Logue
s/ Shahzeb Lari
Shahzeb Lari
s/ Kevin P. Broughel
Kevin P. Broughel
s/ Anthony Antonelli
Anthony Antonelli
**PAUL HASTINGS LLP**
75 East 55th Street
New York, NY 10022
Tel: (212) 318-6000
Fax: (212) 230-7807
E-mail:  kevinlogue@paulhastings.com

*Counsel for Nominal Defendant Doral Financial
Corporation and Individual Defendants Glen R.
Wakeman, Dennis G. Buchert, James E. Gilleran,
Douglas L. Jacobs, David E. King, and Gerald L.
Smith*

* * *

7

**ORDER**

Having considered the parties' Stipulation, and good cause appearing, the Court hereby GRANTS the parties' Stipulation.

IT IS SO ORDERED.

DATED: _____          _____
                                     HONORABLE SALVADOR E. CASELLAS
                                     UNITED STATES DISTRICT JUDGE