**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| FAIR VIEW SERVICE STATION, INC., <br><br>    Plaintiff, <br><br>    v. <br><br>DORAL FINANCIAL CORPORATION, ET AL., <br><br>    Defendants. | **Civil No. 14-1326 (SEC)** |
| ROBERT CORWIN, <br><br>    Plaintiff, <br><br>    v. <br><br>DORAL FINANCIAL CORPORATION, ET AL., <br><br>    Defendants. | **Civil No. 14-1555 (SEC)** |

**STIPULATED OMNIBUS ORDER FOR CONSOLIDATION**

Before the Court is a "Stipulation and [Proposed] Order Consolidating Cases and Approving Leadership Structure" ("Stipulation") (Docket No. 29) filed by the parties in the above-captioned actions, requesting the issuance of an order related to the consolidation of the cases 3:14-cv-01326-SEC and 3:14-cv-01555-SEC, as the parties have met and agreed that the two cases should be consolidated pursuant to Fed. R. Civ. P. 42(a).

In light of these facts, the Court enters the following order adopting the terms reached by the parties in the Stipulation:

- The above-captioned actions are consolidated pursuant to Fed. R. Civ. P 42(a) for all purposes, including pre-trial proceedings and trial;

- Any other actions now pending in, later filed in, or transferred to this Court which arise out of, or are related to, the same facts as alleged in the

**CIVIL NOS. 14-1326 (SEC) & 14-1555 (SEC)**                                                                 Page 2

      above-referenced cases shall be consolidated for all purposes, if and when they are brought to the Court's attention;

- Pursuant to L.R. 42, <u>Fair View Service Station, Inc. v. Wakeman, et al.</u>, 14-cv-1326 shall be designated as the lead case. All documents or pleadings filed or tendered after the consolidation shall (1) include the caption of all consolidated cases, (2) be served on all parties within such cases, and (3) be filed only in the lead case;

- Fair View Service Station, Inc. and Robert Corwin (collectively, "Plaintiffs") are designated as Co-Lead Plaintiffs in the consolidated actions;

- The law firms of Scott+Scott, Attorneys at Law, LLP ("Scott+Scott") and Hynes Keller & Hernandez, LLC ("HKH") are appointed Co-Lead Counsel in the consolidated actions;

- The law firm Espada, Miñana & Pedrosa Law Offices, PSC will be appointed as Liaison Counsel;

- The Co-Lead Counsel and Liaison Counsel herein appointed will bind all Plaintiffs' counsel in the consolidated action, including counsel in any action subsequently governed by this Order.

- Co-Lead Counsel has the responsibility:

    a. To coordinate the briefing and argument of any and all motions;

    b. To coordinate the conduct of any and all discovery proceedings;

    c. To coordinate the examination of any and all witnesses in depositions;

    d. To coordinate the selection of counsel to act as spokesperson at all pretrial conferences;

    e. To call meetings of the plaintiffs' counsel as they deem necessary and appropriate from time to time;

    f. To coordinate all settlement negotiations with counsel for defendants;

    g. To coordinate and direct the pretrial discovery proceedings and the preparation for trial and the trial of this matter and to delegate work responsibilities to selected counsel as may be required;

    h. To coordinate the preparation and filing of all pleadings; and

    i. To supervise all other matters concerning the prosecution or resolution of the consolidated action.

- Liaison Counsel has the responsibility of receiving and disseminating Court orders and notices.

**CIVIL NOS. 14-1326 (SEC) & 14-1555 (SEC)**                                    **Page 3**

- Plaintiffs will file a consolidated amended complaint within 30 days of entry of this Order in the action entitled <u>In re: Doral Financial Corp. Securities Litigation</u>, Case No. 3:14-cv-01393-GAG (D.P.R.); and

- Within 15 days after the filing of Plaintiffs' consolidated amended complaint, the parties will meet and confer in good faith in an effort to agree on a proposed scheduling order setting forth proposed deadlines for Doral Financial Corporation and the directors and officers defendants to answer or otherwise respond to the consolidated amended complaint.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 30th day of July, 2014.

*s/ Salvador E. Casellas*
SALVADOR E. CASELLAS
U.S. Senior District Judge