# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| FAIR VIEW SERVICE STATION, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>DORAL FINANCIAL CORPORATION, ET AL.,<br><br>    Defendants. | **Civil No. 14-1326 (SEC)** |
| ROBERT CORWIN,<br><br>    Plaintiff,<br><br>    v.<br><br>DORAL FINANCIAL CORPORATION, ET AL.,<br><br>    Defendants. | **Civil No. 14-1555 (SEC)** |

## JUDGMENT

In view of the automatic stay imposed by 11 U.S.C. § 362; see Docket # 51, this action shall be closed administratively, without prejudice, pending the outcome of the bankruptcy proceedings. The case may be reopened by way of motion thereafter.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 14th day of April, 2015.

*s/ Salvador E. Casellas*
SALVADOR E. CASELLAS
U.S. Senior District Judge